United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13131-jkf
Dawn Williams                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia         Page 1 of 1              Date Rcvd: Jun 22, 2017
                         Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.
db            +Dawn Williams,   3166 Reach Street,   Philadelphia, PA 19134-2411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:
    THOMAS I. PULEO   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
    ZACHARY PERLICK   on behalf of Debtor Dawn Williams Perlick@verizon.net, pireland1@verizon.net
                                                                                                   TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dawn Williams<br>                     Debtor(s) | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>                     Movant<br>   vs. | |
| Dawn Williams<br>                     Debtor(s) | NO. 17-13131 JKF |
| William C. Miller Esq.<br>                     Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 21st day of June, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified to allow PNC BANK, NATIONAL ASSOCIATION and its successor in title to proceed with its legal rights and remedies regarding the premises 3166 Reach Street Philadelphia, PA 19134.

                                                                               United States Bankruptcy Judge.
                                                                               Jean K. FitzSimon

cc: See attached service list

Dawn Williams
3166 Reach Street
Philadelphia, PA 19134

Zachary Perlick, Esq.
1420 Walnut Street (VIA ECF)
Suite 718
Philadelphia, PA 19102

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532